**FILED**
6/10/2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
APR 1 8 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Corrie Travail Carter

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

16cv4417
Judge Milton I. Shadur
Magistrate Judge Jeffrey T. Gilbert
PC11

vs.

Cook County Department of Corrections, Superintendant Thomas S. Harris, and D. Williams

Case No: _____
(To be supplied by the <u>Clerk of this Court</u>)

_____
(Enter above the full name of ALL
defendants in this action. <u>Do not</u>
use "et al.")

CHECK ONE ONLY:

✓ _____ **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
U.S. Code (state, county, or municipal defendants)

_____ **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE 28 SECTION 1331** U.S. Code (federal defendants)

_____ **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Corrie T. Carter

   B. List all aliases: Thomas Edwards

   C. Prisoner identification number: 20150727239

   D. Place of present confinement: Cook County Department of Corrections

   E. Address: P.O. Box 089002 Div. 6 2Q 10-1 Chicago, IL 60608

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In **A** below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in **B** and **C**.)

   A. Defendant: Superintendent Thomas

   Title: Superintendent

   Place of Employment: Cook County Department of Corrections

   B. Defendant: S. Harris

   Title: Religious Services Supervisor

   Place of Employment: Cook County Department of Corrections

   C. Defendant: D. Williams

   Title: Religious Services

   Place of Employment: Cook County Department of Corrections

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

Revised 9/2007

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _____
_____

    B. Approximate date of filing lawsuit: _____

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____
_____
_____
_____

    D. List all defendants: _____
_____
_____
_____

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _____

    F. Name of judge to whom case was assigned: _____
_____

    G. Basic claim made: _____
_____
_____

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _____
_____
_____

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised 9/2007

IV.  **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I am a Muslim by belief and have been requesting to attend Muslim services which are held here at Cook County Department of Corrections twice weekly on Tuesday and Friday and have been denied. I have been making these requests since July 27, 2015 to no avail. I have written countless grievances as well as request slips, talked to several counselors, sargeants, lieutenants, superintendents, correctional officers, captains, and commanders and the situation still has not been rectified.

V. **Relief:**

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I would like to be compensated for the denial of attending religious services.

VI. The plaintiff demands that the case be tried by a jury. ☑ YES ☐ NO

### CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 1st day of April, 20 16

_Corrie T Carter_
(Signature of plaintiff or plaintiffs)

Corrie T Carter
(Print name)

20150727239
(I.D. Number)

P.O Box 089002 Div. 6 2Q 10-1 Chicago, IL 60608
665 East 130th Place Chicago, IL 60827
(Address)

6

Revised 9/2007






Corlie Carter #20150707239
Div. 6 2Q 10-1
P.O Box 089002
Chicago, IL 60608

16cv4417
Judge Milton I. Shadur
Magistrate Judge Jeffrey T. Gilbert
PC11

RECEIVED
APR 18 2016
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Prisoner Correspondent United States District Court
219 South Dearborn Street
Chicago, IL 60604