**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

**CORRIE TRAVAIL CARTER**,   )
                             )
        Plaintiff,   )
                             )
     v.                       )   Case No: 16 C 4417
                             )
**COOK COUNTY DEPARTMENT**   )
**OF CORRECTIONS**, et al.,  )
                             )
        Defendants.  )

## MEMORANDUM ORDER

Until now Cook County Department of Corrections ("County Jail") inmate Corrie Carter ("Carter") has been acting pro se in this 42 Section 1983 ("Section 1983") action. Now, however, Carter has used the Clerk's-Office-supplied form of Motion for Attorney Representation ("Motion") to call for professional assistance to aid in pursuing his claim.[1]

Because Carter's current filings comply with our Court of Appeals' requirement that persons who seek such representation by this District Court's trial bar members must make a showing of their efforts to obtain representation on their own, Carter's Motion is (or more accurately, his Motions are) granted, and this Court has obtained the name of the following member of the trial bar to represent Carter:

---

[1] As if to demonstrate that he really means it, Carter has filed not one but two Motions (Dkt. Nos. 32 and 33), while the Clerk's Office has inexplicably filed one of those two documents twice (Dkt. Nos. 33 and 34 are identical).

>Robert Michael Knabe, Esq.
>20 South Clark Street
>Suite 2301
>Chicago, Illinois 60603
>Phone: (312) 977-9119
>E-Mail: rknabe@kkbchicago.com           .

Attorney Knabe is advised that the next status hearing date and time in this action is January 4, 2017 at 9:15 a.m., that he is expected to be present at that hearing and that in advance of that hearing he is expected to communicate with Carter and bring himself reasonably up to speed in connection with this lawsuit.

                                                              */s/ Milton I. Shadur*
                                                              Milton I. Shadur
                                                              Senior United States District Judge

Date: November 21, 2016